UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GOOGLE PAYMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Defendants. | Civil Action No. |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, Plaintiff Google Payment Corp. certifies that it is a privately held corporation, which does not issue public stock, and is a wholly-owned subsidiary of Google LLC, which is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company.

DATED: December 6, 2024

                                             Respectfully submitted,

                                      By: _/s/ Kannon K. Shanmugam_
                                              Kannon K. Shanmugam (D.C. Bar No. 474304)
                                              Roberto J. Gonzalez (D.C. Bar No. 501406)
                                              Samuel Rebo, Application for admission Pro Hac Vice forthcoming
                                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                              2001 K Street, NW Washington, DC 20006-1047
                                              Tel: (202) 223-7325
                                              kshanmugam@paulweiss.com
                                              rgonzalez@paulweiss.com
                                              srebo@paulweiss.com

                                              Max H. Siegel, Application for admission Pro Hac Vice forthcoming
                                              PAUL, WEISS, RIFKIND, WHARTON &

GARRISON LLP
1285 Avenue of the Americas New York, New York 10019-6064 Tel: (212) 373-2633
msiegel@paulweiss.com

*Counsel for Plaintiff Google Payment Corp.*