UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOOGLE PAYMENT CORP.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br>　　　　　　　Defendants. | Civil Action No. |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and All Parties of Record:

　　PLEASE TAKE NOTICE that I, Roberto J. Gonzalez, am admitted to practice in this court, and I hereby enter my appearance as counsel of record for Plaintiff Google Payment Corp., in the above-captioned case. My contact information is set forth below.

Dated: December 6, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Roberto J. Gonzalez
　　　　　　　　　　　　　　　　　　　　　　Roberto J. Gonzalez (D.C. Bar No. 501406)
　　　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
　　　　　　　　　　　　　　　　　　　　　　2001 K Street, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006-1047
　　　　　　　　　　　　　　　　　　　　　　Tel. (202) 223-7316
　　　　　　　　　　　　　　　　　　　　　　rgonzalez@paulweiss.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Google Payment Corp.*