UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GOOGLE PAYMENT CORP.,<br><br>                Plaintiff,<br><br>     v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>                Defendants. | Civil Action No. |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MAX H. SIEGEL

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, Plaintiff Google Payment Corp., by and through its undersigned counsel, Kannon K. Shanmugam, a member of the Bar of this Court, respectfully moves this Court for the admission of attorney Max H. Siegel to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff. This motion is supported by the accompanying Declaration of Max H. Siegel. A Certificate of Good Standing and a Proposed Order are attached hereto.

Dated: Washington, DC
        December 6, 2024

Respectfully Submitted,

*/s/* Kannon K. Shanmugam
Kannon K. Shanmugam (D.C. Bar No. 474304)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7325
kshanmugam@paulweiss.com

*Counsel for Plaintiff Google Payment Corp.*