IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOOGLE PAYMENT CORPORATION,**  *Plaintiff*,  v.  **CONSUMER FINANCIAL PROTECTION BUREAU et al.,**  *Defendants*. | Civil Action No. 1:24-cv-03419 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate to dismiss this action, without prejudice, with each party to bear their own costs, attorney fees, and expenses.

DATED: May 8, 2025

By: /s/ *Kannon K. Shanmugam*
Kannon K. Shanmugam (D.C. Bar No. 474304)
Roberto J. Gonzalez (D.C. Bar No. 501406)
Samuel Rebo (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
2001 K Street, NW Washington, DC 20006-1047
Tel: (202) 223-7325
kshanmugam@paulweiss.com
rgonzalez@paulweiss.com
srebo@paulweiss.com


Max H. Siegel (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-2633
msiegel@paulweiss.com

*Counsel for Plaintiff Google Payment Corp.*

Respectfully submitted,

MARK PAOLETTA
Chief Legal Officer

VICTORIA DORFMAN
Senior Legal Advisor

CHRISTOPHER DEAL
Assistant General Counsel

/s/ *Derick Sohn*
DERICK SOHN (D.C. Bar No. 1003386)
Senior Counsel
Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC 20552
derick.sohn@cfpb.gov
(202) 435-7873

*Counsel for Defendants*